**Order filed, April 09, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00318-CV

_____

**SVEN ERIK JOHANSSON, Appellant**

**V.**

**BUNA I.S.D., ET AL, Appellee**

---

**On Appeal from the 1st District Court
Jasper County, Texas
Trial Court Cause No. 4004**

---

## ORDER

The reporter's record in this case was due **October 20, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Donnece Foster**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM